IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABEEBULLAH NA'EEM RASHEED aka BOBBY LEE COTTON,<br><br>   Plaintiff,<br><br>   vs.<br><br>C. WEAVER, et al.,<br><br>   Defendants.<br>_____/ | 1:00-cv-05237-AWI-SMS-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS<br>(Doc. 128.)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO PROSECUTE<br>(Doc. 126.)<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 22, 2008, findings and recommendations were entered, recommending that defendants' July 15, 2008 motion to dismiss this action, based on plaintiff's failure to prosecute, be granted. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 22, 2008, are adopted in full;
2. Defendants' motion to dismiss, filed July 15, 2008, is GRANTED;
3. This action is dismissed without prejudice, based on plaintiff's failure to prosecute; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   September 6, 2008**          /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

2